CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BOBBY LAYNE COMPTON,<br>    Plaintiff, | Civil Action No. 7:06cv00241 |
| v. | **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL<br>JAIL, et al.,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this defendants' motion to dismiss is hereby **GRANTED**, this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), and other pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

**ENTER**: This 10th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE